David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Samuel Patton, JR., | Case No. 2:15-cv-02252-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| AMERICA'S SERVICING COMPANY AND EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff Samuel Patton, Jr. and Equifax Information Services, LLC ("Equifax") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: April 27, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Snell & Wilmer, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 27, 2016 _____