David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Samuel Patton, JR., | ) Case No. 2:15-cv-02252-JCM-NJK<br>)<br>)<br>) |
| Plaintiff, | )<br>) **STIPULATION AND ORDER** |
| v. | ) **DISMISSING ACTION WITH**<br>) **PREJUDICE AS TO AMERICA'S** |
| AMERICA'S SERVICING COMPANY AND EQUIFAX INFORMATION SERVICES, LLC, | ) **SERVICING COMPANY ONLY**<br>)<br>)<br>) |
| Defendants. | ) |

Plaintiff Samuel Patton, JR. and America's Servicing Company hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, America's Servicing Company**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:   May 3, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Tanya N. Peters, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant America's Servicing, Company*

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 11, 2016